# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 09-102 |
| RAMON ZUNIGA-QUEZADA | SECTION: "C" |

## ORDER AND REASONS

Before the Court is the government's motion in limine to preclude evidence, comment, and argument regarding jury nullification. (Rec. Doc. 39). The defendant has not filed an opposition.

Having considered the government's memorandum, the record, and the applicable law, the motion is GRANTED in part as set forth below.

## Law and Analysis

The government urges the Court to exclude all evidence, comment, and argument regarding jury nullification for three reasons: 1) that such arguments are irrelevant under Federal Rule of Evidence 401; 2) that this type of argument creates a substantial risk of unfair prejudice and confusion of the issues; and 3) that such an argument is an appeal to jurors to ignore their duty and to instead decide that the defendant should not be punished regardless of guilt. (Rec. Doc. 39-2 at 2).

The Court grants the motion with the following conditions and clarifications:

1) The defense may elicit evidence of the circumstances under which the defendant was

arrested. More particularly, he may specifically elicit evidence of his estrangement from his wife and her alleged vindictiveness in reporting the criminal violation. However, the defense and its witnesses may not **in any way** reference or allude to the possibility that the defendant may be deported, or that he might be separated from his son, as a consequence of a conviction. The consequences of a conviction, just like the sentence to be imposed, are of no concern to the jury.

2) The defense may also elicit evidence of the defendant's lack of any intended wrongdoing, whether or not it is a legal defense to the offenses charged. The jury instructions will clarify what the government must prove and the government can argue that lack of any intended wrong doing is irrelevant. The Court will also considering including an instruction that ignorance of the law is not a legal defense, if requested by the government.

3) The defense may **not** attack the statute itself as improper or inappropriate to apply. The jury is obliged to follow the law, whether they agree with it or not.

Accordingly,

IT IS ORDERED that the government's motion is GRANTED in part, as set forth above.

New Orleans, Louisiana, this 13th day of January, 2010.

_____
**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**